```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

RAYMOND E. WASHINGTON,           :
                                 :
       Petitioner,              :    Civil No. 12-303 (RBK)
                                 :
v.                               :
                                 :    **ORDER**
DONNA ZICKEFOOSE, et al.,        :
                                 :
Respondents.                     :

    For the reasons set forth in the accompanying Opinion filed on this date,

    IT IS on this __23rd__ day of __October__, 2012,

    ORDERED that the Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241 is hereby DENIED without prejudice; and it is further

    ORDERED that the Clerk of the Court shall mark this matter closed.

 

                                        s/Robert B. Kugler
                                        ROBERT B. KUGLER
                                        United States District Judge